UNITED STATES of America, Plaintiff–Appellee,

v.

Jan STEVENS, Defendant–Appellant.

No. 16-6610

United States Court of Appeals, Fourth Circuit.

Submitted: October 20, 2016

Decided: November 3, 2016

Jan Stevens, Appellant Pro Se. Kellen Sean Dwyer, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before NIEMEYER, KING, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jan Stevens appeals the district court's order denying his post-judgment motion to correct a clerical error. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Stevens, No. 1:10–cr–00446–LO–3 (E.D. Va. Mar. 18, 2016). We grant leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and ar-

gument would not aid the decisional process.

AFFIRMED